958 F.2d 362
 Commonwealth of Pennsylvania, Guardians of Greater
Pittsburgh, Inc. National Association for Advancement of
Colored People-Pittsburgh Branch, Nat'l. Organization for
Women-Southwestern Penn. Council of Chapters, Allen (Donald,
Ashe (Benjamin), Aziz (Jerome), Hurt (Richard), Kinsel
(Adam), Scott (Lynwood), Stewart (Richard), Doyle (J.
Terese), Edmonds (Cheryl), Mitchum (Rose), Robinson (Linda),
Rowe (Joanne), Smith (Deborah), Vanda (Gloria), Adams
 NO. 91-3303
 United States Court of Appeals,
Third Circuit.
 Feb 24, 1992
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 APPEAL DISMISSED.